PHENIX INSURANCE COMPANY OF BROOKLYN, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Phenix Ins. Co.* v. *N. Y. C. & H. R. R. R. Co.*, 122 App. Div. 113, affirmed.
(Argued October 20, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been occasioned by defendant negligently running a train over fire hose stretched across its track.

*Charles A. Pooley* for appellant.

*A. C. Wade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.